UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:20-CV-62158-RKA

HOWARD COHAN,

    Plaintiff,

vs.

PFL VII, LLC
a Foreign Limited Liability Company
d/b/a THE WESTIN FORT LAUDERDALE

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, PFL VII, LLC, a Foreign Limited Liability Company, d/b/a THE WESTIN FORT LAUDERDALE, (the Parties) by and through their undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED December 22, 2020.

                                  **Sconzo Law Office, P.A**.
                                  3825 PGA Boulevard, Suite 207
                                  Palm Beach Gardens, FL 33410
                                  Telephone: (561) 729-0940
                                  Facsimile: (561) 491-9459

| | |
|---|---|
| Eric A. Berg (*admission pending*) | By: /s/ Gregory S. Sconzo |
| Illinois ARDC No. 6209624 | GREGORY S. SCONZO, ESQUIRE |
| OGLETREE, DEAKINS, NASH, | Florida Bar No.: 0105553 |
|   SMOAK & STEWART, P.C. | greg@sconzolawoffice.com |
| 155 N. Wacker Drive, Suite 4300 | alexa@sconzolawoffice.com |
| Chicago, IL 60606 | |
| Telephone: (312) 558-1220 | |
| Facsimile: (312) 807-3619 | |
| eric.berg@ogletree.com | |

1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 22, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

      **/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**