# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 20-62158-CIV-ALTMAN/Hunt

**HOWARD COHAN,**

    *Plaintiff,*

v.

**PFL VII, LLC**
*a Foreign Limited Liability Company*
*doing business as*
*The Westin Fort Lauderdale,*

    *Defendant.*

                                              /

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, by and through their undersigned attorneys, and pursuant to the Court's Order dated December 22, 2020, and Fed. R. Civ. P. 41(a), file this Stipulation of Dismissal With Prejudice, as the parties settled Plaintiff's claims.

Respectfully submitted,

| */s/ Gregory S. Sconzo* | */s/ Eric A. Berg* |
|---|---|
| Gregory S. Sconzo | Eric A. Berg *(admission pending)* |
| Florida Bar No. 0105553 | Illinois ARDC No. 6209624 |
| SCONZO LAW OFFICE, P.A. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 3825 PGA Boulevard, Suite 207 | 155 N. Wacker Drive, Suite 4300 |
| Palm Beach Gardens, FL 33410 | Chicago, IL 60606 |
| *greg@sconzolawoffice.com* | *eric.berg@ogletree.com* |
| (561) 729-0940 – Telephone | (312) 558-1424 – Telephone |
| (561) 491-9459 – Fax | (312) 807-3619 – Fax |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 21, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                */s/* Gregory S. Sconzo
                Attorney for Plaintiff